Submitted on remand from the Oregon Supreme Court December 18, 1996, affirmed January 22, 1997

STATE OF OREGON,
*Appellant,*

*v.*

LUCILO ROMERO BARAJAS,
*Respondent.*

(920534889; CA A75949)

930 P2d 1180

Timothy A. Sylwester, Assistant Attorney General, argued the cause for appellant. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General.

Peter Gartlan, Deputy Public Defender, argued the cause for respondent. With him on the brief was Sally L. Avera, Public Defender.

James A. Palmer filed a brief *amicus curiae* for Sexual Abuse Victims' Advocates.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Affirmed. *State v. Cookman,* 324 Or 19, 920 P2d 1086 (1996).